# PLAINTIFF'S MOTION TO PROCEED UNDER PSEUDONYM

Plaintiff respectfully moves this Court for an order permitting Plaintiff to proceed under a pseudonym in this action.

## 1. Background

This action arises from events involving Plaintiff's SNAP benefits, an alleged Intentional Program Violation investigation, criminal proceedings, and subsequent administrative actions by the Connecticut Department of Social Services.

The allegations involve sensitive personal, financial, and administrative records related to public benefits and criminal accusations that were later resolved in Plaintiff's favor.

## 2. Legal Standard

Courts in the Second Circuit permit a plaintiff to proceed anonymously when privacy interests outweigh the presumption of public access to judicial proceedings. See Sealed Plaintiff v. Sealed Defendant.

Under that standard, courts consider whether disclosure of a plaintiff's identity would expose the plaintiff to significant privacy concerns, reputational harm, or other sensitive personal matters.

## 3. Grounds for Anonymity

Plaintiff respectfully submits that anonymity is appropriate in this case because:

1. The case involves sensitive information concerning government benefit records and administrative investigations.

2. Public disclosure of Plaintiff's identity would cause significant reputational harm due to the prior criminal allegations.

3. The case will involves private sentiive,private, financial and family information.

4. Plaintiff seeks to avoid unnecessary disclosure of sensitive personal information while still litigating the merits of the claims.

Plaintiff is prepared to provide identifying information to the Court under seal if required.

## 4. Relief Requested

For the foregoing reasons, Plaintiff respectfully requests that the Court:

1. Permit Plaintiff to proceed under the pseudonym "Jane Doe."
2. Allow Plaintiff to file identifying information under seal.
3. Grant such other relief as the Court deems just and proper.

Respectfully submitted,

Plaintiff, Pro Se

Date: 3/9/26