Jane Doe
Plaintiff,

v. Civil Action No. **3:2026cv00387**

SEP 15 2026 PM1:21
FILED-USDC-CT-NEW HAVEN

Brittney Velleca

Pricilla Ryan

Defendants

PLAINTIFF'S MOTION TO DENY DEFENDANTS' MOTION FOR FAILURE TO SERVE PLAINTIFF

Plaintiff, proceeding without an attorney, respectfully moves to deny Defendants' Motion to Dismiss, because Defendants did not serve Plaintiff with the motion and supporting memorandum as required by Federal Rule of Civil Procedure 5 requires.

The Defendants are being sued in their individual capacities for actions they personally undertook against Plaintiff. Plaintiff alleges that these actions constituted serious misconduct, were targeted and unjustified, caused substantial harm, and ultimately required judicial intervention to protect Plaintiff's rights and obtain appropriate relief.

Plaintiff further respectfully advises the Court that there is a dispute concerning service of Defendants' August 26, 2026 Motion to Dismiss. Defense counsel's certification states that the Motion was electronically filed and that notice of the filing was sent by e-mail to all parties through the Court's electronic filing system. Plaintiff, however, was proceeding pro se and was not registered to receive electronic service through CM/ECF at that time. Plaintiff therefore disputes that electronic filing alone constituted proper service upon her and respectfully requests that the Court consider this circumstance in determining Plaintiff's response deadlines and request for additional time. Plaintiff raises this issue not to make an unsupported allegation concerning counsel's intent, but to ensure that the record accurately reflects Plaintiff's electronic-filing status. On 8/25/26 Defendants electronically filed their Motion to Dismiss and supporting papers through CM/ECF ***only***.

1. Plaintiff is a self-represented litigant who is not registered to file or receive service electronically in this action.
2. Plaintiff has not consented in writing to electronic service at this time.
3. Defendants' filing reflects that Plaintiff is not an electronic-filing participant. Nevertheless, Defendants did not even mail, with a copy of the motion, memorandum, and supporting papers.

4. Plaintiff learned of the motion by reviewing the public docket. Accessing limited or learning about a document on the docket isn't a substitute for service required by under the Rule 5 and will not allow for proper response.
5. Federal Rule of Civil Procedure 5(b)(2)(E) permits electronic service only when service is made through the court's electronic-filing system on a registered user or when the person has also consented in writing to another form of electronic service. Plantiff is currently not in this case.
6. Plaintiff should not be prejudiced or held to a response deadline calculated from a filing that was not properly served upon her.
7. Plaintiff is self-represented, is not registered to receive electronic service through CM/ECF, and did not consent in writing to service by ordinary email. Although Defendants' certificate of service states that the motion was served electronically, Plaintiff did not receive the motion by email. Accordingly, electronic service did not satisfy Federal Rule of Civil Procedure 5(b)(2)(E). Plaintiff requests that Defendants be directed to serve the complete motion and their supporting papers by an authorized method, that Plaintiff's response period run from date of proper service, and that Plaintiff suffer no prejudice because of the service defect.

WHEREFORE, Plaintiff respectfully requests that the Court:

A. Strike or deny Defendants' Motion to Dismiss without prejudice for failure to comply with Rule 5;

B. Direct Defendants to serve Plaintiff with complete paper copies of the motion, memorandum, and all exhibits at the address of record;

C. Plaintiff respectfully requests leave to amend the Complaint or, alternatively, an extension of time to oppose Defendants' Motions to Dismiss.

Plaintiff requests that the deadline begin after Plaintiff has been properly served with the motions and all supporting documents, allowing Plaintiff a fair opportunity to review and respond.

Respectfully submitted,,

Jane Doe
Plaintiff, self-represented
P.o. Box 26323

west haven ct

06516

Date: 9/15/26